**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  Linda M. Ousley, Debtor                    Case No. 24-02132-JAW
                                                                    CHAPTER 13

### AFFIDAVIT OF ATTORNEY

STATE OF MISSISSIPPI

COUNTY OF _Hinds_

_Samuel F. Creasey_ of Morgan & Morgan, being first duly sworn in connection with the Application to employ Morgan & Morgan as special counsel for the Debtor, states as follows:

1.  That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.

2.  That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.

3.  The services are rendered under a written contingent-fee agreement disclosed with the Application, subject in all respects to approval of compensation and expenses by the Bankruptcy Court.

4.  For purposes of full disclosure, the following exceptions and notations are made:

    a.  Morgan & Morgan represents the Debtor only in connection with prosecution of the Debtor's post-petition personal-injury claim. The firm did not learn of

the Debtor's bankruptcy until the pending civil action reached discovery and, upon learning of it, communicated with bankruptcy counsel and the Chapter 13 Trustee regarding approval of its limited employment.

FURTHER, AFFIANT SAITH NOT.

Dated this the 23rd day of _____July_____, 20 26 .

X_____

By:   _____Samuel F. Creasey_____

SWORN TO AND SUBSCRIBED BEFORE ME, this the 23rd day of _____July_____, 20 26 .

_____
NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID# 158447
SEBASTIAN ELIZABETH MURDOCH
Commission Expires
Aug. 27, 2028
HINDS COUNTY