**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Linda M. Ousley, Debtor                    Case No. 24-02132-JAW
                                                                          CHAPTER 13

## ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL

THIS CAUSE came on for consideration of the Application to Employ Special Counsel Retroactive to the Commencement of Services (Dkt. ___). After considering the Application, the verified statement, any responses, and the record, the Court finds that the Application satisfies 11 U.S.C. § 327(e), Federal Rule of Bankruptcy Procedure 2014(a), and Mississippi Bankruptcy Local Rule 2014-1 and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Morgan & Morgan is authorized to serve as special counsel for the Debtor, effective as of the commencement of its services, solely to investigate, prosecute, negotiate, and resolve the Debtor's personal-injury claim arising from the September 18, 2025 motor-vehicle collision.

IT IS FURTHER ORDERED AND ADJUDGED that this Order does not approve any fee contract, compensation, expense reimbursement, settlement, or distribution. Morgan & Morgan may receive compensation or reimbursement only after separate application, notice, and approval by this Court, and any recovery shall be handled and distributed only as authorized by further order of this Court.

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com