**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 31, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Linda M. Ousley, Debtor** **Case No. 24-02132-JAW**
**CHAPTER 13**

**ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL AND DENYING NUNC PRO TUNC RELIEF**

THIS CAUSE came on for consideration of the Application to Employ Special Counsel Nunc Pro Tunc (Dkt. # 41). After considering the Application and the record, the Court finds that prospective employment is appropriate under 11 U.S.C. § 327(e), Federal Rule of Bankruptcy Procedure 2014(a), and Mississippi Bankruptcy Local Rule 2014-1, but nunc pro tunc relief should be denied.

IT IS THEREFORE ORDERED AND ADJUDGED that the Application is GRANTED IN PART and DENIED IN PART. The request to approve Morgan & Morgan's employment nunc pro tunc, or otherwise retroactively, is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that, effective upon entry of this Order, Morgan & Morgan is authorized to serve as special counsel for the Debtor solely to investigate, prosecute, negotiate, and resolve the Debtor's personal-injury claim arising from the September 18, 2025 motor-vehicle collision.

IT IS FURTHER ORDERED AND ADJUDGED that this Order does not approve any fee contract, compensation, expense reimbursement, settlement, or distribution, all of which remain subject to separate application, notice, and approval by this Court.

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469); Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533 | trollins@therollinsfirm.com