United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 24-02132-JAW
Linda M. Ousley Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Aug 31, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda M. Ousley, 531 Catlett Rd, Madison, MS 39110-8251 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| John S. Simpson | on behalf of Creditor BankPlus A Mississippi Banking Corporation jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| Jordan L. Ash | on behalf of Debtor Linda M. Ousley jordan@ashlaw.ms ashlawfirm3@gmail.com;amanda@ashlaw.ms;ashjr74827@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Special Counsel Morgan & Morgan trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

| | |
|---|---|
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 31, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Linda M. Ousley, Debtor** **Case No. 24-02132-JAW**
**CHAPTER 13**

**ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL AND DENYING NUNC PRO TUNC RELIEF**

THIS CAUSE came on for consideration of the Application to Employ Special Counsel Nunc Pro Tunc (Dkt. # 41). After considering the Application and the record, the Court finds that prospective employment is appropriate under 11 U.S.C. § 327(e), Federal Rule of Bankruptcy Procedure 2014(a), and Mississippi Bankruptcy Local Rule 2014-1, but nunc pro tunc relief should be denied.

IT IS THEREFORE ORDERED AND ADJUDGED that the Application is GRANTED IN PART and DENIED IN PART. The request to approve Morgan & Morgan's employment nunc pro tunc, or otherwise retroactively, is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that, effective upon entry of this Order, Morgan & Morgan is authorized to serve as special counsel for the Debtor solely to investigate, prosecute, negotiate, and resolve the Debtor's personal-injury claim arising from the September 18, 2025 motor-vehicle collision.

IT IS FURTHER ORDERED AND ADJUDGED that this Order does not approve any fee contract, compensation, expense reimbursement, settlement, or distribution, all of which remain subject to separate application, notice, and approval by this Court.

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469); Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533 | trollins@therollinsfirm.com